RECEIVED
OCT 20 2003

## UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| GARRY GETER : | |
| Plaintiff : | |
| vs. : | CIVIL ACTION NO. 302CV540 (RNC) |
| GREATER BRIDGEPORT ADOLESCENT : PREGNANCY PROGRAM | |
| Defendant : | OCTOBER /6, 2003 |

### MOTION FOR PERMISSION TO FILE AN ADDITIONAL AFFIDAVIT IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, Garry Geter, respectfully moves for permission to file the attached Affidavit in further opposition to Defendant's Motion for Summary Judgment. The affidavit, Plaintiff's Exhibit 23, addresses issues raised in Defendant's reply brief dated July 31, 2003.

THE PLAINTIFF

BY _____
Francis D. Burke
MANGINES & BURKE, LLC
1115 Main Street, Suite 708
Bridgeport, CT 06604
(203) 336-0887
Fed. Bar No. ct18688

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via U.S. Mail, postage prepaid, this 16th day of October 2003, to:

Kevin R. Brady, Esq.
James M. Sconzo, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103

Francis D. Burke

## AFFIDAVIT OF TONIANETTE MACK

I, Tonianette Mack, being over the age of 18, and believing in the obligations of an oath, hereby declare the following from my own personal knowledge:

1. I began employment with the Greater Bridgeport Adolescent Pregnancy Program ("GBAPP") on September 17, 2001.

2. I was employed in the position of Secretary/Data Entry for the STOP/SOLE projects and Age Target of Adolescents. STOP and SOLE are the same project but the name was changed.

3. My immediate supervisor was Nancy Kingwood.

4. On or about November 15, 2002, a former employee, Garry Geter, returned to GBAPP to say hello.

5. A group of us said hello to Garry and had a cordial discussion which lasted approximately 15 – 20 minutes.

6. Nancy Kingwood came out of her office and embraced Garry and said hello.

7. Gerri Russo, Bobby Allen and Madeleine Belle were also present.

8. I told Garry I liked his shoes. Nancy Kingwood told Garry that there was an opening for a referral specialist. Garry indicated he was interested in applying.

9. After Garry left, Dr. Feudo came around asking people if Garry Geter had been there. We said yes.

10. Nancy Kingwood went in and met with Dr. Feudo.

11.  Later, Nancy Kingwood came up to me and told me, "Rudy wanted me to lie"; to say that she felt threatened by Garry's presence. I told her "you'd better not say that, it's not true."

12.  Shortly after Garry's visit, a memo was sent out saying that former GBAPP employees should not be on the premises. This was also discussed at a staff meeting.

13.  This was a new policy as far as I know, as former employees were frequent visitors to GBAPP.

14.  I resigned my position on August 12, 2003 as the situation at work became too much. In addition to lying about what took place during Garry Geter's visit, Nancy Kingwood was constantly talking about Garry Geter and Joyce Nieve's lawsuits as well as another former employee, Sandra Vining.

15.  I met with Dr. Feudo and told him that Nancy Kingwood had lied about what took place during Garry Geter's visit. I also told him that she was telling people that he had asked her to lie.

16.  Dr. Feudo responded that he did not ask Nancy Kingwood to lie and that "everything she did, she did willingly."

17.  I also told Dr. Feudo that Nancy Kingwood was always gossiping about what took place between him and Joyce Nieves, and Joyce's sexual harassment complaints.

18.  Dr. Feudo asked me, "What do you want me to do?" I told him to "do what's right."

19.  I don't know whether or not Dr. Feudo asked Nancy Kingwood to lie. However, it is apparent that Dr. Feudo does not want to know the truth. He doesn't ask

people the questions he needs to to find out the truth, and doesn't listen to or act upon what we say.

20. There were at least three other employees present when Garry stopped by GBAPP. They can confirm that what Nancy Kingwood said is simply not true.

21. Ironically, another former employee, Nicole Touissant, was at GBAPP the day I resigned. Apparently, no one had a problem with her being there.

Signed and sworn to under the penalties of perjury.

_____
Tonianette Mack