UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARRY GETER | : CIVIL ACTION NO. |
| Plaintiff, | : 3:02CV540 (RNC) |
| VS. | : |
| GREATER BRIDGEPORT ADOLESCENT PREGNANCY PROGRAM, INC. | : |
| Defendant. | : AUGUST 1, 2003 |

### DEFENDANT'S MOTION TO STRIKE AFFIDAVIT AND SPECIFIC PARAGRAPHS OF PLAINTIFF'S RESPONSE TO RULE 9(C)(1) STATEMENT

Pursuant to Rules 12(f) and 56(e) of the Federal Rules of Civil Procedure, the Defendant, Greater Bridgeport Adolescent Pregnancy Program, Inc. ("GBAPP"), respectfully moves to strike portions of the Plaintiff's submissions in opposition to the Defendant's Motion for Summary Judgment, which are based on inadmissible, unauthenticated evidence including hearsay, speculation and conclusory statements.

---

**January 22, 2004.** Geter v. Greater Bridgeport Adolescent Pregnancy Program, 3:02-CV-00540 (RNC)

Re: Defendant's Motion to Strike Affidavit [Doc. #59]

Denied. A court has discretion to strike inadmissible statements from an affidavit, see Hollander v. American Cyanamid Co., 172 F.3d 192, 198 (2d Cir. 1999), but in most instances the better approach may be to simply disregard material that is not properly presented. See Epstein v. Kemper Ins. Cos., 210 F. Supp. 2d 308, 314 (S.D.N.Y. 2002); Morris v. Northrop Grumman Corp., 37 F. Supp. 2d 556, 569 (E.D.N.Y. 1999). That is the approach that will be followed here. So ordered.



Robert N. Chatigny, U.S.D.J.