## UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

GARRY GETER :

    Plaintiff :

vs. : CIVIL ACTION NO.
                                                    302CV540 (RNC)

GREATER BRIDGEPORT ADOLESCENT :
PREGNANCY PROGRAM

    Defendant : AUGUST 20, 2003

### MOTION FOR PERMISSION TO FILE AN ADDITIONAL AFFIDAVIT IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, Garry Geter, respectfully moves for permission to file the attached Affidavit in further opposition to Defendant's Motion for Summary Judgment. The affidavit, Plaintiff's Exhibit 22, addresses issues raised in Defendant's reply brief dated July 31, 2003.

THE PLAINTIFF

BY_____

January 22, 2004
Geter v. Greater Bridgeport Adolescent Pregnancy Program, 3:02CV0540 (RNC)

Re: Plaintiff's Motion for Permission to File an Additional Affidavit in Opposition to Defendant's Motion for Summary Judgment [Doc. #62]

Granted for substantially the reasons stated in today's endorsement order denying the motion to strike Geter's other supplemental affidavit. So ordered.

Robert N. Chatigny, U.S.D.J.