UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARRY GETER | : CIVIL ACTION NO. |
| | : MRK |
| Plaintiff, | : 3:02CV540 (RNC) |
| VS. | : |
| | : |
| GREATER BRIDGEPORT ADOLESCENT | : |
| PREGNANCY PROGRAM, INC. | : |
| | : |
| Defendant. | : AUGUST 25, 2003 |

**DEFENDANT'S MOTION TO STRIKE AFFIDAVIT OF GARRY GETER**

Pursuant to Rules 12(f) and 56(e) of the Federal Rules of Civil Procedure, the Defendant, Greater Bridgeport Adolescent Pregnancy Program, Inc. ("GBAPP"), respectfully moves to strike the entire Affidavit of Garry Geter In Support of His Memorandum In Opposition to Defendant's Motion for Summary Judgment dated

January 22, 2004
Geter v. Greater Bridgeport Adolescent Pregnancy Program, 3:02CV0540 (RNC)

Re: Defendant's Motion to Strike Affidavit of Garry Geter [Doc. # 66]

Denied. Defendant moves to strike Geter's affidavit of Aug. 4, 2003, opposing defendant's motion for summary judgment, because it was filed after defendant's reply brief. Defendant's request is well-supported by customary practice under Local Rules 7 and 56, which have been understood to require that affidavits opposing summary judgment must be submitted with the opposition memorandum and Local Rule 56(a)(2) Statement. However, Fed. R. Civ. P. 56(e), explicitly permits affidavits to be supplemented by further affidavits, and Fed. R. Civ. P. 56(c) provides that the party opposing summary judgment may serve affidavits "prior to the day of hearing." In this case, no hearing was scheduled, Geter has a strong interest in having his "day in court," and defendant has not shown that it will be unfairly prejudiced if his supplemental affidavit is considered. Accordingly, although tardy filing of affidavits opposing summary judgment is not to be encouraged, the motion to strike is hereby denied. So ordered.

Robert N. Chatigny, U.S.D.J.