UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARRY GETER | : | CIVIL ACTION NO. |
| | : | |
| Plaintiff, | : | 3:02CV540 (RNC) |
| VS. | : | |
| | : | |
| GREATER BRIDGEPORT ADOLESCENT PREGNANCY PROGRAM, INC. | : | |
| | : | |
| Defendant. | : | MARCH 26, 2004 |

## MOTION FOR RECONSIDERATION

Pursuant to D. Conn. L. Civ.R. 7(c), the undersigned Defendant, Greater Bridgeport Adolescent Pregnancy Program ("GBAPP"), hereby respectfully moves this Court to reconsider its Ruling and Order dated March 12, 2004, regarding Defendant's Motion for Summary Judgment filed on February 10, 2003. That ruling granted summary judgment in part to the Defendant as to the Plaintiff's claims under the Connecticut Fair Employment Practices Act, Conn. Gen. Stat. § 46a-60, et seq ("CFEPA"), holding that the plaintiff's claims for age discrimination regarding his reduction in hours as time-barred. The ruling, however, denied the Defendant's motion for the reason that the Plaintiff satisfied his burden on the ultimate issue of whether a jury could infer that the hours reduction and termination were motivated in part by age. The ruling appears to incorporate facts that should have been removed from consideration on the motion for summary judgment because they were either time-

**ORAL ARGUMENT REQUESTED**

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

barred or based on the Defendant's motion to strike hearsay statements and the Court's ruling on the same.

As more fully set forth in the accompanying Memorandum of Law, the Defendant respectfully requests the Court to reconsider its ruling, which denied the Defendant's motion for summary judgment on the Plaintiff's age discrimination claims and enter summary judgment in favor of the Defendant.

RESPECTFULLY SUBMITTED,

THE DEFENDANT:
GREATER BRIDGEPORT
ADOLESCENT PREGNANCY
PROGRAM, INC.

By_____
James M. Sconzo
Fed. Bar # ct 04571 and
Kevin R. Brady
Fed. Bar #ct22135 of
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

- 2 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

     This is to certify that on this 26th day of March, 2004, I hereby mailed a copy of the foregoing to:

Francis D. Burke, Esq.
MANGINES & BURKE, LLC
1115 Main Street, Suite 708
Bridgeport, CT 06604

 

_____
Kevin R. Brady

529507.1

- 3 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105