UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2004 MAY 25 A 11: 15
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| GARRY GETER, | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:02CV540 (RNC) |
| GREATER BRIDGEPORT ADOLESCENT PREGNANT PROGRAM, | : |
| Defendant. | : |

## REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

\_\_\_ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

\_\_\_ To supervise discovery and resolve discovery disputes (orefmisc./dscv);

\_\_\_ A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

_X_ To conduct settlement conferences (orefmisc./cnf);

\_\_\_ To conduct a prefiling conference (orefmisc./cnf);

\_\_\_ To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

\_\_\_ A ruling on the following pending motions (orefm.):_____

So ordered.

Dated at Hartford, Connecticut this 25 day of May 2004.

Robert N. Chatigny
United States District Judge