UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARRY GETER | : | CIVIL ACTION |
| | | NO. 3:02CV 540 (RNC) |
| Plaintiff, | : | |
| V. | : | |
| GREATER BRIDGEPORT ADOLESCENT PREGNANCY PROGRAM, | : | |
| Defendant | : | JUNE 10, 2004 |

**JOINT MOTION FOR EXTENSION OF TIME
TO SUBMIT JOINT TRIAL MEMORANDUM AND EXTEND TRIAL DATE**

Pursuant to D. Conn. L. Civ. R. 7(b), the parties respectfully move the Court for an extension of time to submit the joint trial memorandum and to extend the trial date in this matter. The parties' Rule 26(f) report requested that the joint trial memorandum would be submitted within thirty (30) days of the Court's ruling on any dispositive motions. On July 10, 2002, this Court entered its Order Regarding Case Management Plan and ordered that the Joint Trial memorandum be filed on March 31, 2003 and that the case would be placed on the trial ready list by April 2003. Due to disputed discovery issues, the Plaintiff had moved to extend the discovery deadline and his deadline to submit his opposition to the defendant's motion for summary judgment. Although the Court had granted the Plaintiff's motions, it did not make a specific ruling regarding the joint trial memorandum deadline or the trial ready list date. In addition, this case was initially transferred to the Honorable Mark R. Kravitz by order dated September 3, 2003,

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

but returned to this Court due to a potential conflict of interest. As such, the parties do not have a definitive joint trial memorandum deadline or a date certain when this case will be placed on the trial ready list.

On March 12, 2004, the Court granted in part and denied in part the Defendant's motion for summary judgment. On March 26, 2004, the Defendant filed its motion for reconsideration regarding the Court's ruling on the Defendant's motion for summary judgment. On May 21, 2004, the Court granted the Defendant's motion for reconsideration, but adhered to its original ruling of March 12, 2003. On June 1, 2004, Magistrate Martinez issued an Order to Submit Joint Mediation Report in response to the parties' request for a mediation conference. Judge Martinez' Order did not specify a mediation date.

The parties seek the additional time to submit the joint trial memorandum to file their ex-parte mediation memoranda and to prepare for the mediation conference. The extension of the joint trial memorandum deadline and trial ready date would greater facilitate the parties' efforts to mediate and resolve this matter prior to trial. This is the parties' first request for an extension of the joint trial memorandum deadline and the trial date in this case.

WHEREFORE, the parties respectfully request the Court to grant their motion for extension of time to submit the joint trial memorandum deadline and trial ready date, and enter an order that the parties should submit the joint trial memorandum and be trial

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

ready no later than thirty (30) days following the date of the mediation conference with

Magistrate Donna F. Martinez.

| | |
|---|---|
| THE PLAINTIFF:<br>GARRY GETER | THE DEFENDANT:<br>GREATER BRIDGEPORT<br>ADOLESCENT PREGNANCY<br>PROGRAM, INC. |
| By_____<br>   Francis D. Burke<br>   MANGINES & BURKE, LLC<br>   1115 Main Street, Suite 708<br>   Bridgeport, CT  06604 | By_____<br>   James M. Sconzo<br>   Fed. Bar # ct 04571 and<br>   Kevin R. Brady<br>   Fed. Bar #ct22135 of<br>   HALLORAN & SAGE LLP<br>   One Goodwin Square<br>   225 Asylum Street<br>   Hartford, CT 06103<br>   (860) 522-6103 |

558717_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105