FILED

2004 JUN 15 A II: 18

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARRY GETER | : | CIVIL ACTION |
| | | NO. 3:02CV 540 (RNC) |
| Plaintiff, | : | |
| v. | : | |
| GREATER BRIDGEPORT ADOLESCENT PREGNANCY PROGRAM, | : | |
| Defendant. | : | JUNE 10, 2004 |

### JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT JOINT TRIAL MEMORANDUM AND EXTEND TRIAL DATE

Pursuant to D. Conn. L. Civ. R. 7(b), the parties respectfully move the Court for an extension of time to submit the joint trial memorandum and to extend the trial date in this matter. The parties' Rule 26(f) report requested that the joint trial memorandum would be submitted within thirty (30) days of the Court's ruling on any dispositive motions. On July 10, 2002, this Court entered its Order Regarding Case Management Plan and ordered that the Joint Trial memorandum be filed on March 31, 2003 and that the case would be placed on the trial ready list by April 2003. Due to disputed discovery issues, the Plaintiff had moved to extend the discovery deadline and his deadline to submit his opposition to the defendant's motion for summary judgment. Although the Court had granted the Plaintiff's motions, it did not make a specific ruling regarding the joint trial memorandum deadline or the trial ready list date. In addition, this case was initially transferred to the Honorable Mark R. Kravitz by order dated September 3, 2003,

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN
& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105