UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GARRY GETER,                          :
                                      :
    Plaintiff,                        :
                                      :
v.                                    :    CASE NO. 3:02CV540(RNC)
                                      :
GREATER BRIDGEPORT ADOLESCENT         :
PREGNANCY PROGRAM,                    :
                                      :
    Defendant.                        :

### NOTICE AND ORDER REGARDING SETTLEMENT CONFERENCE

On June 30, 2004, the court issued a calendar and settlement calendar order. See doc. #85. The order stated that the case was scheduled for a settlement conference before the undersigned on August 4, 2004. The court's order expressly required the presence of the defendant's insurance representative. Notwithstanding, on July 28, 2004, the defendant notified the court that its insurance representative would not be able to attend the conference because she would be on vacation. The defendant seeks permission to have its insurance representative participate by telephone. The defendant's request is denied. In order to maximize the efficiency and effectiveness of the settlement conference and ensure the presence and full participation of the defendant's insurance representative, the settlement conference scheduled for August 4, 2004 shall be re-scheduled.

SO ORDERED at Hartford, Connecticut this 2nd day of August, 2004.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge