UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARRY GETER | : | CIVIL ACTION |
| | | NO. 3:02CV 540 (RNC) |
| Plaintiff, | : | |
| V. | : | |
| GREATER BRIDGEPORT ADOLESCENT PREGNANCY PROGRAM, | : | |
| Defendant | : | NOVEMBER 1, 2004 |

**MOTION FOR EXTENSION OF TIME TO SUBMIT JOINT TRIAL MEMORANDUM**

Pursuant to D. Conn. L. Civ. R. 7(b), the Defendant respectfully moves the Court for a thirty (30) day extension of time up to and including December 31, 2004 to submit the joint trial memorandum in the above-captioned matter. On June 17, 2004, the Court entered an order (DOC # 84) granting the parties' motion for extension of time to submit the joint trial memorandum thirty (30) days following the settlement conference with Magistrate Judge Donna F. Martinez and extending the trial date in this case. On November 1, 2004, the parties held a follow-up settlement conference with Judge Martinez, however, the case did not settle. Accordingly, pursuant to this Court's June 17, 2004 order, the deadline to file the joint trial memorandum is December 1, 2004.

The parties require the additional time to prepare the joint trial memorandum based on conflicts with previously scheduled commitments during the month of November 2004, including the holidays. In addition, the parties require the additional

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

time to exchange supplemental discovery regarding damages, among other issues, which will be incorporated into the joint trial memorandum.

The undersigned counsel has contacted Francis D. Burke, Esq., counsel for the Plaintiff who consents to this motion. This is the parties' second request for an extension of the joint trial memorandum deadline and the trial date in this case.

WHEREFORE, for good cause shown, the parties respectfully request the Court to grant their motion for extension of time to submit the joint trial memorandum for thirty (30) days, up to and including December 31, 2004.

    THE DEFENDANT:
    GREATER BRIDGEPORT
    ADOLESCENT PREGNANCY
    PROGRAM, INC.

By_____
  James M. Sconzo
  Fed. Bar # ct 04571 and
  Kevin R. Brady
  Fed. Bar #ct22135 of
  HALLORAN & SAGE LLP
  One Goodwin Square
  225 Asylum Street
  Hartford, CT 06103
  (860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

## **CERTIFICATION**

      This is to certify that on this 1st day of November 2004, I hereby mailed a copy of the foregoing to:

Francis D. Burke, Esq.
MANGINES & BURKE, LLC
1115 Main Street, Suite 708
Bridgeport, CT 06604

 

_____
Kevin R. Brady

611208.1

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105