UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GARRY GETER                              :    CIVIL ACTION
                                         :    NO. 3:02CV 540 (RNC)
         Plaintiff,                      :
                                         :
V.                                       :
                                         :
GREATER BRIDGEPORT ADOLESCENT            :
PREGNANCY PROGRAM,                       :
                                         :
         Defendant                       :    NOVEMBER 1, 2004

## MOTION FOR EXTENSION OF TIME TO SUBMIT JOINT TRIAL MEMORANDUM

Pursuant to D. Conn. L. Civ. R. 7(b), the Defendant respectfully moves the Court for a thirty (30) day extension of time up to and including December 31, 2004 to submit the joint trial memorandum in the above-captioned matter. On June 17, 2004, the Court entered an order (DOC # 84) granting the parties' motion for extension of time to submit the joint trial memorandum thirty (30) days following the settlement conference with Magistrate Judge Donna F. Martinez and extending the trial date in this case. On

---

**November 3, 2004.**     Geter v. Greater Bridgeport Adolescent Pregnancy Program
                          3:02CV00540 (RNC)

Re: Defendant's Motion for Extension of Time to Submit Joint Trial
    Memorandum (Doc. # 92).

Granted. Further requests for extension of this date will be viewed
with disfavor and are not likely to be granted. So ordered.

                                    Robert N. Chatigny, U.S.D.J.

FILED 2004 NOV -5 P 2:34
U.S. DISTRICT COURT
HARTFORD, CT.