UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARRY GETER | : | CIVIL ACTION |
| | | NO. 3:02CV 540 (RNC) |
| Plaintiff, | : | |
| V. | : | |
| GREATER BRIDGEPORT ADOLESCENT PREGNANCY PROGRAM, | : | |
| Defendant | : | DECEMBER 28, 2004 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to D. Conn. L. Civ. R. 7(b), the Defendant respectfully moves the Court for a twenty (20) day extension of time up to and including January 20, 2005 to submit the joint trial memorandum in the above-captioned matter. On November 11, 2005, the Court entered an order extending the time to submit the joint trial memorandum to December 31, 2004. Contemporaneously with this motion, however, the undersigned counsel has filed a Motion to Withdraw Appearance, since the undersigned will no longer be engaged in the practice of law with Halloran & Sage, LLP after January 7, 2005. Accordingly, the parties require the additional time to facilitate the transition of responsibility for this file and to complete the joint trial memorandum. As such, good cause exists for the extension of the joint trial memorandum deadline in this case.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

The undersigned counsel has contacted Francis D. Burke, Esq., counsel for the Plaintiff, who consents to this motion. This is the parties' third request for an extension of the joint trial memorandum deadline in this case.

WHEREFORE, for good cause shown, the Defendant respectfully request the Court to grant its motion for extension of time to submit the joint trial memorandum for twenty (20) days, up to and including January 20, 2005.

                THE DEFENDANT:
                GREATER BRIDGEPORT
                ADOLESCENT PREGNANCY
                PROGRAM, INC.

By_____
  James M. Sconzo
  Fed. Bar # ct 04571 and
  Kevin R. Brady
  Fed. Bar #ct22135 of
  HALLORAN & SAGE LLP
  One Goodwin Square
  225 Asylum Street
  Hartford, CT 06103
  (860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

This is to certify that on this 28th day of December 2004, I hereby mailed a copy of the foregoing to:

Francis D. Burke, Esq.
MANGINES & BURKE, LLC
1115 Main Street, Suite 708
Bridgeport, CT  06604

_____
Kevin R. Brady

632237.1

- 3 –