## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARRY GETER | : | CIVIL ACTION |
| | | NO. 3:02CV 540 (RNC) |
| Plaintiff, | : | |
| V. | : | |
| GREATER BRIDGEPORT ADOLESCENT PREGNANCY PROGRAM, | : | |
| Defendant | : | DECEMBER 28, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 15, the undersigned respectfully moves to withdraw his appearance on behalf of the Defendant, Greater Bridgeport Adolescent Pregnancy Program, in the above-captioned matter. The Defendant continues to be represented by James. M. Sconzo of Halloran & Sage LLP, and the undersigned will no longer be engaged in the practice of law with that firm after January 7, 2005.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

                THE DEFENDANT:

                By_____
                  Kevin R. Brady of
                  HALLORAN & SAGE LLP
                  One Goodwin Square
                  225 Asylum Street
                  Hartford, CT 06103
                  Federal Bar No. 23964
                  Its Attorneys

## **CERTIFICATION**

     This is to certify that on this 28th day of December, 2004, I hereby mailed a copy of the foregoing to:

Francis D. Burke, Esq.
MANGINES & BURKE, LLC
1115 Main Street, Suite 708
Bridgeport, CT  06604

                                              _____
                                              Kevin R. Brady

630001_1.DOC

One Goodwin Square        HALLORAN        Phone (860) 522-6103
225 Asylum Street         & SAGE LLP        Fax (860) 548-0006
Hartford, CT 06103                                   Juris No. 26105