FILED

2004 DEC 29 P 4:03

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARRY GETER | : | CIVIL ACTION |
| Plaintiff, | : | NO. 3:02CV 540 (RNC) |
| V. | : | |
| GREATER BRIDGEPORT ADOLESCENT PREGNANCY PROGRAM, | : | |
| Defendant | : | DECEMBER 28, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 15, the undersigned respectfully moves to withdraw his appearance on behalf of the Defendant, Greater Bridgeport Adolescent Pregnancy Program, in the above-captioned matter. The Defendant continues to be represented by James. M. Sconzo of Halloran & Sage LLP, and the undersigned will no longer be engaged in the practice of law with that firm after January 7, 2005.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

December 29, 2004.   Geter v. Greater Bridgeport Adolescent Pregnancy Program
                     3:02CV00540 (RNC)

Re: Motion to Withdraw Appearance of Attorney Brady (Doc. # 95).
Granted. So ordered.



Robert N. Chatigny, U.S.D.J.

FILED 2005 JAN -3 P 1:43

225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105