FILED

2004 DEC 28 P 4: 03

U.S. DISTRICT COURT
[ILLEGIBLE] CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARRY GETER | : | CIVIL ACTION |
| | | NO. 3:02CV 540 (RNC) |
| Plaintiff, | : | |
| V. | : | |
| GREATER BRIDGEPORT ADOLESCENT PREGNANCY PROGRAM, | : | |
| Defendant | : | DECEMBER 28, 2004 |

### UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7(b), the Defendant respectfully moves the Court for a twenty (20) day extension of time up to and including January 20, 2005 to submit the joint trial memorandum in the above-captioned matter. On November 11, 2005, the Court entered an order extending the time to submit the joint trial memorandum to December 31, 2004. Contemporaneously with this motion, however, the undersigned counsel has filed a Motion to Withdraw Appearance, since the undersigned will no longer be engaged in the practice of law with Halloran & Sage, LLP after January 7, 2005. Accordingly, the parties require the additional time to facilitate the transition of responsibility for this file and to complete the joint trial memorandum. As such, good cause exists for the extension of the joint trial memorandum deadline in this case.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN
& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105