UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GARRY GETER,                          :          CIVIL ACTION
                                                 NO. 3:02CV 540 (RNC)
         Plaintiff,                   :

V.                                    :

GREATER BRIDGEPORT ADOLESCENT         :
PREGNANCY PROGRAM,

         Defendant.                   :          JANUARY 18, 2005

## APPEARANCE

Enter my appearance as Attorney for the defendant, GREATER BRIDGEPORT

ADOLESCENT PREGNANCY PROGRAM, in the above-entitled case.

                              THE DEFENDANT:
                              GREATER BRIDGEPORT
                              ADOLESCENT PREGNANCY
                              PROGRAM


                              By_____
                                 Michael G. Petrie
                                 Fed. Bar #ct22789
                                 HALLORAN & SAGE LLP
                                 One Goodwin Square
                                 225 Asylum Street
                                 Hartford, CT 06103
                                 (860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## <u>CERTIFICATION</u>

This is to certify that on this 18th day of January, 2005, I hereby mailed a copy of the foregoing to:

Francis D. Burke, Esq.
MANGINES & BURKE, LLC
1115 Main Street, Suite 708
Bridgeport, CT  06604


_____
Michael G. Petrie

640102_1.DOC

- 2 –



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105