UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARRY GETER  : | CIVIL ACTION |
|  : | NO. 3:02CV 540 (RNC) |
| Plaintiff,  : | |
|  : | |
| V.  : | |
|  : | |
| GREATER BRIDGEPORT ADOLESCENT  : | |
| PREGNANCY PROGRAM, | |
|  : | |
| Defendant  : | JANUARY 20, 2005 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to D. Conn. L. Civ. R. 7(b), on behalf of the parties, the Defendant respectfully moves the Court for a fifteen (15) day extension of time up to and including February 4, 2005 to submit the Joint Trial Memorandum in the above-captioned matter. On or about January 3, 2005, the Court entered an order extending the time to submit the joint trial memorandum to January 20, 2005. Due to the recent departure of Attorney Kevin Brady, former counsel for the Defendant, the undersigned has only recently become involved with this matter, and required some time to get familiarized with the issues. At the present time, the parties have conferred and Defendant's Counsel has provided Plaintiff's Counsel with a draft of the Joint Trial Memorandum. Plaintiff's Counsel reported that he is reviewing the document and requires some additional time to make revisions. On the request of Plaintiff's Counsel and by agreement of the parties, Defendant now requests that the Court grant the parties an

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

additional fifteen (15) days, up to and including February 4, 2005, in which to submit the Joint Trial Memorandum.

The undersigned counsel has conferred with Francis D. Burke, Esq., counsel for the Plaintiff, who consents to this motion. This is the parties' fourth and last request for an extension of the Joint Trial Memorandum deadline in this case.

WHEREFORE, for good cause shown, on behalf of the parties, the Defendant respectfully request the Court to grant its motion for extension of time to submit the Joint Trial Memorandum for fifteen (15) days, up to and including February 4, 2005.

THE DEFENDANT:
GREATER BRIDGEPORT
ADOLESCENT PREGNANCY
PROGRAM, INC.

By /s/ James M. Sconzo
James M. Sconzo
Fed. Bar # ct 04571 and
Michael G. Petrie
Fed. Bar #ct22789 of
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

## CERTIFICATION

This is to certify that on this 20th day of January 2005, I hereby mailed a copy of the foregoing to:

Francis D. Burke, Esq.
MANGINES & BURKE, LLC
1115 Main Street, Suite 708
Bridgeport, CT 06604

*[signature]*
Michael G. Petrie

640931

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105