UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARRY GETER | : | CIVIL ACTION |
| | | NO. 3:02CV 540 (RNC) |
| Plaintiff, | : | |
| V. | : | |
| GREATER BRIDGEPORT ADOLESCENT PREGNANCY PROGRAM, | : | |
| Defendant | : | JANUARY 20, 2005 |

### UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7(b), on behalf of the parties, the Defendant respectfully moves the Court for a fifteen (15) day extension of time up to and including February 4, 2005 to submit the Joint Trial Memorandum in the above-captioned matter. On or about January 3, 2005, the Court entered an order extending the time to submit the joint trial memorandum to January 20, 2005. Due to the recent departure of Attorney Kevin Brady, former counsel for the Defendant, the undersigned has only recently become involved with this matter, and required some time to get familiarized with the issues. At the present time, the parties have conferred and Defendant's Counsel has provided Plaintiff's Counsel with a draft of the Joint Trial Memorandum. Plaintiff's Counsel reported that he is reviewing the document and requires some additional time to make revisions. On the request of Plaintiff's Counsel and by agreement of the parties, Defendant now requests that the Court grant the parties an

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105