UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 FEB 15 P 3: 55

U.S. DISTRICT COURT
HARTFORD, CT

GARRY GETER,

    Plaintiff,

V.

GREATER BRIDGEPORT ADOLESCENT
PREGNANCY PROGRAM,

    Defendant.

CASE NO. 3:02CV540 (RNC)

## PRETRIAL ORDER

It is hereby ordered:

1. Trial will commence with jury selection on **April 12, 2005,** at 9:00 a.m.

2. Presentation of evidence will begin as soon as possible following jury selection. Other cases are set for jury selection on the same day as this one. Consequently, presentation of evidence in this case might be delayed.

3. The date for a final pretrial conference will be set prior to the jury selection date.

So ordered.

Dated at Hartford, Connecticut this 15 day of February 2005.

Robert N. Chatigny
United States District Judge