UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARRY GETER, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 3:02CV 540 (RNC) |
| V. | : | |
| GREATER BRIDGEPORT ADOLESCENT PREGNANCY PROGRAM, | : | |
| Defendant. | : | FEBRUARY 24, 2005 |

## JOINT MOTION FOR CONTINUANCE OF TRIAL DATE AND JURY SELECTION

On behalf of the parties in the above captioned matter, the undersigned respectfully requests that the Court grant a continuance of the trial date in this matter. In support of this motion, on behalf of the parties, Counsel for Defendant states the following:

1. The Court issued an order, dated February 16, 2005, scheduling jury selection to begin in this matter on April 12, 2005.

2. Trial in this matter is expected to begin shortly after jury selection is complete.

3. Attorney Michael G. Petrie, Counsel for the Defendant, is unavailable during the week of April 11 through April 15, due to a pre-scheduled vacation and will be out of the country.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

4.  Attorney Petrie contacted Counsel for the Plaintiff, Attorney Francis Burke, who indicated that he is scheduled to begin a trial in Connecticut Superior Court on April 12, 2005, and that he too is unavailable.

5.  Attorney Petrie contacted Judge Chatigny's chambers to determine when the Court could accommodate a new trial date, and was told that the next scheduled jury selection would occur on May 10, 2005.

6.  Attorney Petrie conferred with Attorney Burke, and both are available to begin jury selection on May 10 and to begin trial immediately thereafter.

7.  On behalf of the parties, the undersigned Counsel for Defendant therefore requests that the date for trial and jury selection be continued until May 10, 2005.

8.  Attorney Burke represented that he consents and joins Defendant in this motion.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

WHEREFORE, on behalf of the parties, Defendant requests that jury selection in this matter be continued until May 10, 2005, with trial to begin thereafter.

THE DEFENDANT:
GREATER BRIDGEPORT
ADOLESCENT PREGNANCY
PROGRAM

By _____
James M. Sconzo
Fed. Bar # ct 04571 and
Michael G. Petrie
Fed. Bar #ct22789
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 24th day of February, 2005, I hereby mailed a copy of the foregoing to:

Francis D. Burke, Esq.
MANGINES & BURKE, LLC
1115 Main Street, Suite 708
Bridgeport, CT 06604

_____
Michael G. Petrie

656080_1.DOC

- 4 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105