UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GARRY GETER,                                : CIVIL ACTION
                                            :  NO. 3:02CV 540 (RNC)
    Plaintiff,                              :
                                            :
V.                                          :
                                            :
GREATER BRIDGEPORT ADOLESCENT               :
PREGNANCY PROGRAM,                          :
                                            :
    Defendant.                              : FEBRUARY 24, 2005

### JOINT MOTION FOR CONTINUANCE OF TRIAL DATE AND JURY SELECTION

On behalf of the parties in the above captioned matter, the undersigned respectfully requests that the Court grant a continuance of the trial date in this matter. In support of this motion, on behalf of the parties, Counsel for Defendant states the following:

1. The Court issued an order, dated February 16, 2005, scheduling jury selection to begin in this matter on April 12, 2005.

2. Trial in this matter is expected to begin shortly after jury selection is complete.

3. Attorney Michael G. Petrie. Counsel for the Defendant, is unavailable during the week of April 11 through April 15, due to a pre-scheduled vacation and will be out of the country.

*Handwritten marginal note:* February 28, 2005, granted. Jury selection is hereby rescheduled to May 10, 2005. So ordered. Robert N. Chatigny, U.S.D.J.

One Goodwin Square          HALLORAN          Phone (860) 522-6103
225 Asylum Street           & SAGE LLP        Fax (860) 548-0006
Hartford, CT 06103                            Juris No. 26105