| WITHDRAWAL | STATE OF CONNECTICUT | DOCKET NO. |
|---|---|---|
| JD-CV-41 Rev. 10-01 | SUPERIOR COURT<br>www.jud.state.ct.us | CV 02 0391739 S |
| | | RETURN DATE |

**COMPLETE ALL SECTIONS BELOW**

NAME OF CASE (FIRST-NAMED PLAINTIFF VS. FIRST-NAMED DEFENDANT)
Garry Geter v. Greater Bpt Adolescent Pregnancy Program

[X] Judicial District   [ ] Housing Session   [ ] G.A. No. ____

ADDRESS OF COURT (No. street, town and zip code)
1061 Main Street, Bridgeport, CT 06601

**SECTION I** *(check only one box)* THIS WITHDRAWAL IS BEING FILED BECAUSE THE DISPUTE HAS BEEN RESOLVED BY:

**I. COURT-ANNEXED ADR**
- 411088 [ ] Early Intervention
- 411089 [ ] Early Neutral Evaluation
- 411090 [ ] Attorney Trial Referee
- 411091 [ ] Fact-Finding
- 411093 [ ] Arbitration
- 411094 [ ] Mediation
- 411095 [ ] Special Masters
- 411096 [ ] Summary Jury Trial

**II. COURT INTERVENTION**
- 411098 [X] Pretrial Conference
- 411099 [ ] Trial Management Conference
- 411100 [ ] Commencement of Trial (court trial - first witness sworn; jury trial - trial jurors sworn)

**III. PRIVATE ADR**
- 411102 [ ] Provider Name: _____

**IV. OTHER**
- 411103 [ ] Discussion of Parties on Their Own
- 415602 [ ] Unilateral Action of Party(ies)

**SECTION II**                                **WITHDRAWAL**

*(Do not check the following two boxes if any intervening complaints, cross complaints, counterclaims, or third party complaints remain pending in this case. See below for partial withdrawal of action.)*

**DISPOSITIVE**

(WDACT) [X] The Plaintiff's action is WITHDRAWN AS TO ALL DEFENDANTS without costs to any party.

(WOARD) [ ] A judgment has been rendered against Defendant(s): _____
and the Plaintiff's action is WITHDRAWN AS TO ALL REMAINING DEFENDANTS without costs.

**PARTIAL**

The
- (WDCOMP) [X] Complaint
- (WDCOUNT) [ ] Counts of the complaint: _____
- (WDINTCO) [ ] Intervening Complaint
- (WDTHPC) [ ] Third Party Complaint
- (WAPPCOM) [ ] Apportionment Complaint
- (WDCC) [ ] Cross Complaint (cross claim)
- (WOC) [ ] Counterclaim
- (WOAAP) [ ] Plaintiff(s): _____
- (WOAAD) [ ] Complaint against defendant(s): _____   only w/o costs
- [ ] Other: _____

in the above entitled action is withdrawn.

**SIGNATURE REQUIRED**

| Plaintiff | GARRY GETER | ; By | *[signature]* | Attorney |
| Plaintiff | | ; By | | Attorney |
| Defendant | | ; By | | Attorney |
| Defendant | | ; By | | Attorney |

NAME & ADDRESS OF SIGNER: ➡ Francis D. Burke, Mangines & Burke, LLC
1115 Main St., Suite 708, Bridgeport, CT 06604

**SECTION III**                                **CERTIFICATION**

I hereby certify that a copy was mailed/delivered to all counsel and pro se parties of record on:

DATE: 5/31/05

SIGNED (Individual attorney or pro se party): X *[signature]*

PHONE NO. (Area code first): (203) 336-0887

NAME OF EACH PARTY SERVED:
Michael Petrie, Esq.
Halloran & Sage LLP

ADDRESS AT WHICH SERVICE WAS MADE:
One Goodwin Square, 225 Asylum Street
Hartford, CT 06103-4303