UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 JUN 29 A 11: 14
DISTRICT COURT
HARTFORD, CT

| | | |
|---|---|---|
| GARRY GETER | : | |
| Plaintiff | : | |
| vs. | : | CIVIL ACTION NO. 302CV540 (RNC) |
| GREATER BRIDGEPORT ADOLESCENT PREGNANCY PROGRAM | : | |
| Defendant | : | MAY 31, 2005 |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, counsel for the Plaintiff, upon prior discussions with the Plaintiff, and counsel for the Defendants in the above-captioned cause of action hereby stipulate that this action be voluntarily dismissed by the court with prejudice. Both parties will bear their own legal fees and costs associated with this action.

Respectfully submitted,
Plaintiff,

By_____
Francis D. Burke (FB3594)
MANGINES & BURKE, LLC
1115 Main Street, Suite 708
Bridgeport, CT 06604
(203) 336-0887

June 30, 2005. Approved. So ordered.
Robert N. Chatigny, U.S.D.J.

FILED 2005 JUN 30 P 1:44 US DISTRICT COURT HARTFORD, CT